**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
Case No. **7**:10-CV-00173-F

| | |
|---|---|
| LISSA M. ROHLIK,<br><br>                    Plaintiff,<br><br>          v.<br><br>I-FLOW CORPORATION,<br><br>                    Defendant. | **NOTICE OF APPEARANCE** |

Pursuant to EDNC Local Rule 83.1, Jeremy M. Falcone, North Carolina State Bar No.

36182, of the law firm of Ellis & Winters, LLP, Post Office Box 33550, Raleigh, North Carolina

27636, hereby gives notice of his appearance of counsel for defendant, I-Flow Corporation.

This the 27th day of September, 2010.

/s/Jeremy M. Falcone
Jeremy M. Falcone
N.C. State Bar. No. 36182
Attorney for Defendant I-Flow Corporation
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC 27636
Telephone:  (919) 865-7000
Facsimile:  (919)865-7010
jeremy.falcone@elliswinters.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the foregoing ***Notice of Appearance*** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed as follows:

Michael W. Patrick
Law Office of Michael W. Patrick
312 West Franklin St.
P. O. Box 16848
Chapel Hill, NC 27516
919-960-5848
Fax: 919-869-1348
Email: mpatrick@ncproductslaw.com *Attorney for Plaintiff*

This the 27$^{h}$ day of September, 2010.

/s/Jeremy M. Falcone
Jeremy M. Falcone
N.C. State Bar. No. 36182
Attorney for Defendant I-Flow Corporation
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919)865-7010
jeremy.falcone @elliswinters.com