UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-00173-F

| | | |
|---|---|---|
| LISSA M. ROHLIK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| I-FLOW CORPORATION, | ) | |
| Defendant. | ) | |

The undersigned having discovered that a conflict may exist or appear to exist in the assignment of this case, the Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This, the 17th day of June, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge