THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LISSA M. ROHLIK,
    Plaintiff,

v.

I-FLOW, LLC.
    Defendant.

Case No. 7:10-cv-00173-FL

## ORDER OF JOINT MOTION TO AMEND
## CERTAIN CASE MANAGEMENT ORDER DEADLINES

This matter having come before the Court upon the parties' Joint Motion to Amend Certain Case Management Order Deadlines and the Court having reviewed the same and being in all things duly advised, now hereby ORDERS that the parties' motion is granted and that the case management order is amended as follows:

| Deadline | Amended Date |
| --- | --- |
| Deadline for Disclosures and reports by any rebuttal experts to be served | 03/7/2012 |
| Deadline for all non-Daubert objections to rebuttal expert designations | 03/21/2012 |
| Deadline to serve supplemental disclosures | 03/28/2012 |
| Deadline for All Discovery to be Completed | 04/25/2012 |
| Deadline for Mediation | 05/31/2012 |
| Deadline for all Dispositive and Daubert Motions | 06/22/2012 |

Dated this 17th day of February 2012.

                        /s/ Louise W. Flanagan
                        Honorable Louise Flanagan
                        U.S. District Judge